CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 16 2016

JULIA C. DUDLEY, CLERK
BY: M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RONALD D. ENTSMINGER, JR., | ) | Civil Action No. 7:16-cv-00352 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUDGE HILARY GRIFFITH, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 16th day of August, 2016.

　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　Senior United States District Judge